IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **BARBARA A. WILSON**, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>**COWLITZ COUNTY**, by and through its Public Works Department, Road Operations Division; **NEAL DECKMAN**; and **SHAWN LAROY**,<br><br>　　　　　　　Defendants. | Case No. 3:12-cv-05598-BHS<br><br>**ORDER ALLOWING FILING OF SECOND AMENDED COMPLAINT** |

　　　Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint came on for consideration before the Court.  The Court considered the contents of the Motion and the Declaration of Thane W. Tienson, and noting that the Motion was unopposed and that the filing of the Second Amended Complaint would not alter dates or schedules previously set by the Court, and being fully advised,

　　　**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint is **GRANTED**.

　　　DATED this 16th day of January, 2013.


_____
BENJAMIN H. SETTLE
United States District Judge


Submitted by:
Thane W. Tienson, WSBA #13310
*Of Attorneys for Plaintiff*

Page 1 -   ORDER ALLOWING FILING OF SECOND AMENDED COMPLAINT

707514.DOC.14187-001

**LANDYE BENNETT BLUMSTEIN LLP**
*Attorneys at Law*
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon  97201
503.224-4100
503.224-4133 (facsimile)